**James Meshach LOMAX, Plaintiff–Appellant,**

v.

**Renee WALKER, Lieutenant; Attorney General, Defendants–Appellees.**

No. 09–6558.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 21, 2009.

Decided: Nov. 5, 2009.

James Meshach Lomax, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINSON, NIEMEYER, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Meshach Lomax appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2006) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lomax v. Walker,* No. 8:07–cv–02878–DKC (D. Md. June 2, 2008 & Jan. 22, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*